No. 68. BRYANT PAPER CO. *v.* HOLDEN, EXECUTRIX. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. William P. Smith* and *Oscar E. Waer* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, John G. Remey, Paul D. Miller,* and *Erwin N. Griswold* for respondent.

No. 73. WABASH RY. CO. *v.* CONROY. October 9, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. William Sherman Hay* for petitioner. *Mr. Charles C. Spencer* for respondent.

No. 74. FIRST NATIONAL BANK ET AL. *v.* GILDART, TAX COLLECTOR. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Percy Bell* and *W. A. Percy* for petitioners. *Mr. J. A. Lauderdale* for respondent.

No. 81. CHICAGO, M., ST. P. & P. R. CO. *v.* TATE. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. F. M. Dudley* and *C. S. Jefferson* for petitioner. *Mr. John P. Hannon* for respondent.

No. 82. GREENAWALT *v.* STEARNS-ROGER MFG. CO. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. George L. Nye, Martin A. Schenck,* and *Kenneth*

*W. Greenawalt* for petitioner. *Mr. Barney L. Whatley* for respondent.

No. 83. FUGATE *v.* TOLEDO, PEORIA & WESTERN R. Co. October 9, 1933. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Mr. Lambert Kaspers* for petitioner. *Messrs. Silas H. Strawn* and *John M. Elliott* for respondent.

No. 85. STANDARD OIL Co. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Court of Claims denied. *Mr. James H. Hayes* for petitioner. *Solicitor General Biggs* and *Mr. Wm. W. Scott* for the United States.

No. 86. SOUTHERN RY. Co. ET AL. *v.* BARTON, ADMINISTRATRIX. October 9, 1933. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Frank G. Tompkins,* and *S. R. Prince* for petitioners. *Mr. H. J. Haynsworth* for respondent.

No. 87. CLARK'S FERRY BRIDGE Co. *v.* PUBLIC SERVICE COMM'N. October 9, 1933. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. George Ross Hull* for petitioner. *Messrs. E. Everett Mather, Jr.,* and *John Fox Weiss* for respondent.

No. 90. U.S. EX REL. ARCATA & MAD RIVER R. Co. *v.* INTERSTATE COMMERCE COMM'N. October 9, 1933. Peti-